UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OAKLEY, INC., | ) | Case No. 06-CV-0704-H (JMA) |
| Plaintiff, | ) | **ORDER VACATING SETTLEMENT DISPOSITION CONFERENCE** |
| v. | ) | |
| NORRIS MAHONEY, INC., etc., | ) | |
| Defendant. | ) | |

The Court having received a copy of a fully-executed Stipulated Dismissal with Prejudice from the parties, the Settlement Disposition Conference, previously scheduled to be held on September 29, 2006 at 4:00 p.m., is hereby VACATED.

**IT IS SO ORDERED.**

DATED: September 28, 2006

Jan M. Adler
U.S. Magistrate Judge

06cv0704H(JMA)