Gregory L. Weeks, CSB 58584
Janet R. Kaufman, CSB 116143
Gregory K. Nelson, CSB 203029
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Ave., Suite 310
Solana Beach, CA 92075
Tel: (858) 794-2140
Fax: (858) 794-2141

Attorneys for Plaintiff

John P. Cogger (SBN 172808)
LAW OFFICES – BRUCE P. AUSTIN
MANAGING ATTORNEY
1455 Frazee Road, Suite 802
San Diego, CA 92108
Tel: (619) 209-4000
Fax: (866) 724-0742

Attorneys for Defendant

FILED
2006 OCT 11 AM 11: 22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC.,<br><br>            Plaintiff<br><br>    vs.<br><br>NORRIS MAHONEY, INC. dba Solarex Sunglass Collection,<br><br>            Defendant | CASE NO.<br>06-CV-0704-H (JMA)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

TO THE UNITED STATES DISTRICT COURT:

   Plaintiff Oakley, Inc. and Defendant Norris Mahoney, Inc., dba Solarex Sunglass Collections have settled and agreed to dismiss this action in its entirety. The parties agree that this entire action, including all claims, defenses, and counterclaims, be dismissed with prejudice.

… … …

… … …

WHEREFORE, it is agreed by and between the parties that this entire action, including all claims, defenses, and counterclaims, will be dismissed with prejudice.

Respectfully submitted,

Dated: September 28, 2006  WEEKS, KAUFMAN, NELSON & JOHNSON

*[signature]*

GREGORY L. WEEKS
Attorney for Plaintiff Oakley, Inc.

Dated: September 28, 2006  LAW OFFICES – BRUCE P. AUSTIN
MANAGING ATTORNEY
1455 Frazee Road, Suite 802
San Diego, CA 92108

*[signature]*

JOHN P. COGGER
Attorneys for Defendant Norris Mahoney, Inc., dba Solarex Sunglass Collection

## ORDER

IT IS HEREBY ORDERED, that the entire above entitled action be dismissed with prejudice.

DATED: 10/10/06  *[signature]*

UNITED STATES DISTRICT COURT JUDGE